## IN RE PAUL

No. 167P87.

Case below: 84 N.C. App. 491.

Petition by Jerome Paul for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1987.

## IN RE WILL OF HESTER

No. 184A87.

Case below: 84 N.C. App. 585.

Petition by propounders for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## IN THE MATTER OF APPEAL OF BUTLER

No. 104P87.

Case below: 84 N.C. App. 213.

Petition by taxpayers for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

## LONG v. MORGANTON DYEING & FINISHING CO.

No. 168PA87.

Case below: 84 N.C. App. 81.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 2 June 1987.

## MARSHBURN v. ASSOCIATED INDEMNITY CORP.

No. 103P87.

Case below: 84 N.C. App. 365.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.